**SUMMONS ISSUED**

CHRISTOPHER J. CASSAR, P.C.
*Attorneys for Plaintiff*
13 East Carver Street
Huntington, New York 11743
(631) 271-6595 phone
(631) 351-0196 fax
CHRISTOPHER J. CASSAR (CC9520)

**cv 12 2280**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ MAY 08 2012 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Docket No.:
**BENITO M. ROJAS,**

                        Plaintiff,

   -against-

**THE CITY OF NEW YORK,
RAYMOND R. KELLY, in his official capacity
as Commissioner of the New York City Police
Department, and
CHARLES HYNES, in his official
capacity as District Attorney of Kings County,**

                        Defendants.
-----------------------------------------------------------X

**VERIFIED COMPLAINT**

WEINSTEIN J

CV 12 2280

LEVY, M.

SUMMONS ISSUED

Plaintiff by his attorneys, *The Law Offices of* **CHRISTOPHER J. CASSAR, P.C.**, as and for his complaint against Defendants, respectfully alleges as follows:

## INTRODUCTION

1.     This action arises under the Constitution of the United States, particularly the Fourth and Fourteenth Amendments to the Constitution of the United States, and under the laws of the United States, particularly the Civil Rights Act, Title 42 of the United States Code, Sections 1983 and 1988.

## JURISDICTION AND VENUE

2.      The jurisdiction of this court is invoked under the provisions of Title 28 of the United States Code, Sections 1331 and 1343.

3.      Venue is placed in this district because it is where the events complained of occurred.

4.      This proceeding is a civil action under 42 UCS 1983. Section 1983 provides:

> that "[e]very person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, ****".

5.      The Fourth Amendment of the United States Constitution provides that:

> The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

6.    The Fourteenth Amendment of the United States Constitution provides that:

> *** No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

7.    The Plaintiff's rights under the Fourth Amendment and the Fourteenth Amendment were violated by the deprivation of life, liberty, or property, without due process of law and denied equal protection of the laws.

8.    This action is a civil action where the matter in controversy exceeds the sum or value of $150,000.00.

## PARTIES

9.    That at all times hereinafter mentioned, and at the commencement of this action, the Plaintiff, **BENITO M. ROJAS**, was and still is a citizen of Mexico.

10.   That at all times hereinafter mentioned, and at the commencement of this action, the Defendant, **THE CITY OF NEW YORK**, was and still is a municipality and/or municipal corporation duly organized under the laws of the State of New York.

11. That at all times hereinafter mentioned, and at the commencement of this action, the Defendant, **RAYMOND R. KELLY**, is the Police Commissioner of the New York City Police Department.

12. That at all times hereinafter mentioned, and at the commencement of this action, the **NEW YORK CITY POLICE DEPARTMENT** was and is an instrumentality of the Defendant, **THE CITY OF NEW YORK**.

13. That at all times hereinafter mentioned, and at the commencement of this action, the Defendant, **CHARLES HYNES**, is the District Attorney of the County of Kings for the Defendant, **CITY OF NEW YORK**.

## STATEMENT OF RELEVANT FACTS

14. On August 21, 2009, the Plaintiff, **BENITO M. ROJAS,** was arrested by the Defendant, **THE CITY OF NEW YORK**, by the New York City Police Department in Kings County for Robbery in the First Degree, Robbery in the Third Degree and various other criminal charges.

15. On August 21, 2009, the Plaintiff, **BENITO M. ROJAS,** was detained by the Defendant, **THE CITY OF NEW YORK**, as a result of the criminal charges.

16. The Defendant, **CHARLES HYNES**, the District Attorney of the County of Kings for the Defendant, **CITY OF NEW YORK**, prosecuted the criminal case against the Plaintiff, **BENITO M. ROJAS**.

17. On February 28, 2011, the Plaintiff, **BENITO M. ROJAS**, was acquitted by a jury on all criminal charges in the Supreme Court, Kings County.

18. The Plaintiff, **BENITO M. ROJAS**, was detained on the criminal charges between August 21, 2009 and February 28, 2011.

## 1983 CLAIM

19. The Defendants violated Plaintiff's civil rights under the Fourth Amendment of the United States Constitution and 42 U.S.C.A. § 1983 by falsely imprisoning him.

20. The Defendants' misconduct violated Plaintiff's right to be free from unreasonable seizure as guaranteed by the 4th Amendment and the 14th Amendment of the United States Constitution.

21. The Defendants' misconduct directly and proximately caused Plaintiff to suffer injury including shock, extreme emotional distress, and humiliation.

**WHEREFORE,** the Plaintiff prays for relief as follows:

1. That the Court adjudge and decree that the named Defendants violated the Plaintiff's rights under the Constitution of the United States, particularly the Fourth and Fourteenth Amendments to the Constitution of the United States, and under the laws of the United States, particularly the Civil Rights Act, Title 42 of the United States Code, Sections 1983;

2. That judgment be entered against the Defendants, and each of them, by virtue of the aforesaid combination and conspiracy in violation of the Civil Rights Act, Title 42 of the United States Code, Sections 1983 in favor of Plaintiff, for damages in the amount of Ten Million ($10,000.000.00) Dollars or according to the proof adduced at trial;

3. Awarding Plaintiff punitive damages against the Defendants in an amount to be determined by the jury;

4. That reasonable attorneys' fees, costs and disbursements pursuant to 42 U.S.C.A. § 1988; and

5. That the Plaintiff receive such other and further relief as the case may require, the facts demand, and the Court may deem just and proper under the circumstances.

Dated: Huntington, New York
April 24, 2012

Respectfully submitted,

CHRISTOPHER J. CASSAR, P.C.
*Attorneys for Plaintiff*

CHRISTOPHER J. CASSAR (CC9520)
13 East Carver Street
Huntington, New York 11743
(631) 271-6596

## CERTIFICATION

I affirm that the foregoing statements are true, under the penalties of perjury. I, the undersigned, an attorney admitted to practice in the courts of the Eastern District of New York and the attorney of record for Plaintiff in the within action; have read the forgoing complaint and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to the matters therein stated to be alleged on information and belief, I believe to be true.

The reason this certification is made by me and not by the plaintiff because the plaintiff is are presently outside the County where I maintain my office.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows: discussions, letters, and records of the plaintiff.

Dated: Huntington, New York
April 24, 2012

_____
CHRISTOPHER J. CASSAR (CC 9520)
*Attorneys for the Plaintiff*
13 East Carver Street
Huntington, New York 11743
(631) 271-6596

7